■ ANONYMOUS, Appellant-Respondent, v ANONYMOUS, Respondent-Appellant. — Judgment, Supreme Court, New York County (Albert P. Williams, J.), entered on June 7, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Albert P. Williams, J. Concur — Sandler, J. P., Sullivan, Ross, Carro and Milonas, JJ.